Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael Edward McGee |
| **Docket Number:** | 1:04CR05319-01 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/02/2005 |
| **Original Offense:** | 18 USC 641, Theft of Government Property<br>(CLASS C FELONY) |
| **Original Sentence:** | 60 months probation; $24,684 restitution; $100 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Not dispose of or dissipate assets; 3) Provide access to financial information; 4) Not to open additional credit or incur new credit charges; 5) Mental health treatment; 6) 150 hours community service; and 7) DNA collection |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 05/02/2005 |
| **Assistant U.S. Attorney:** | Sherrill A. Carvalho    **Telephone:** (559) 497-4049 |
| **Defense Attorney:** | Victor M. Chavez    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

**RE:   Michael Edward McGee**
      **Docket Number:  1:04CR05319-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the defendant shall paricipate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

**Nature of Violation**

On June 8, 2006, the supervisee submitted a urine specimen which tested positive for the use of amphetamines/methamphetamines; a violation of the general condition ordering the supervisee to refrain from any unlawful use of a controlled substance.

**Justification:**   On June 21, 2006, the undersigned officer met with the supervisee at the United States Probation Office and admonished him on his positive drug test. Furthermore, the undersigned officer intended to refer the supervisee to Turning Point-Aftercare for drug testing and counseling services.  However, upon reviewing the supervisee's special conditions, the undersigned officer found no special condition(s) ordering the supervisee to submit to drug testing or participate in drug counseling.

To effectively supervise the supervisee's compliance and monitor any future drug use, it is necessary to modify the supervisee's probation conditions to include random drug testing and drug treatment.  On June 21, 2006, the supervisee agreed to a modification of his

**RE:   Michael Edward McGee**
      **Docket Number:  1:04CR05319-01**
      <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
      <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

probation conditions and to waive a hearing before the Court.   A *Waiver of Hearing to Modify Conditions of Probation* (Probation Form 49) has been signed and attached.

Per mandatory drug testing, the supervisee is being drug tested randomly at the probation office.  Should the Court agree with the undersigned officer's recommendation to modify the conditions of probation to include drug testing and counseling, the supervisee will thereafter be referred to Turning Point-Aftercare for drug testing.

                              Respectfully submitted,

                              /s/ Jose T. Pulido

                              **JOSE T. PULIDO**
                              **United States Probation Officer**
                                Telephone:  (559) 499-5725

**DATED:**      July 5, 2006
              Fresno, California
              JTP


**REVIEWED BY:**      /s/ Bruce Vasquez
                    **BRUCE VASQUEZ**
                    **Supervising United States Probation Officer**

**RE:   Michael Edward McGee**
      **Docket Number:  1:04CR05319-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    July 8, 2006**                                              **/s/ Oliver W. Wanger**
emm0d6                                                             UNITED STATES DISTRICT JUDGE